UNITED STATES of America,
Petitioner—Appellee,

v.

John J. SCHLABACH, Respondent—
Appellant.

No. 09–35135.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Oct. 6, 2010.

Michael J. Roessner, Rachel Ida Wollitzer, Esquire, Steven W. Parks, United States Department of Justice, Washington, DC, for Petitioner–Appellee.

John J. Schlabach, Mead, WA, pro se.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

The district court did not clearly err by granting the petition because John Schlabach ("Schlabach") failed to rebut the government's showing that the summons was issued in good faith. *See Stewart v. United States,* 511 F.3d 1251, 1254–55 (9th Cir.2008) (taxpayer's heavy burden to show abuse of process or lack of good faith

once government makes prima facie showing summons was issued in good faith).

Schlabach's remaining contentions are unpersuasive.

AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

